FILED
99 OCT 14 AM 9:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
OCT 1 4 1999

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

BYRON WEEKS,                    )
                                )
        Petitioner,             )
                                )
v.                              )   CIVIL ACTION NO. 98-C-1819-W
                                )
THE ATTORNEY GENERAL FOR THE    )
STATE OF ALABAMA,               )
                                )
        Respondent.             )

**MEMORANDUM OF OPINION**

The petitioner was indicted by a Greene County Grand Jury on April 15, 1997, on the charge of theft of property in the second degree (*Code of Alabama* § 13A-8-4 (1975)). He filed a motion for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, with this court on July 16, 1998. (Doc. 1). He claimed that he was denied a speedy trial on the pending charges.

On December 24, 1998, the respondent filed an answer that included a motion to dismiss premised on a lack of jurisdiction. (Doc. 14). On September 17, 1999, the respondent filed another motion to dismiss. (Doc. 17). In this motion, the respondent asserts that the petition is due to be dismissed as the Greene County theft charge has been dismissed. The court entered an order on September 21, 1999, affording the petitioner an opportunity to respond to said motion. (Doc. 18). The petitioner responded on October 1, 1999, by filing a motion to dismiss his petition. (Doc. 19).

Upon consideration of the respondent's motion to dismiss, the court finds that the motion (doc. 17) is due to be granted as the request for relief is moot. The remaining motions to dismiss (doc. 14 & 19) and the petitioner's application for a writ of habeas corpus (doc. 1) are moot. An appropriate order will be entered.



**DONE** this the _8th_ day of October, 1999.

/s/ U.W. Clemon
U. W. CLEMON
UNITED STATES DISTRICT JUDGE